| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Loren Shaw Patrick |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-MJ-00066-DB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE PRELIMINARY** |
| vs. | ) | **EXAMINATION HEARING** |
| | ) | |
| JACEY ALEXANDRA POWELL | ) | Date: April 12, 2018 |
| BRANDON LEE MOSES AND | ) | Time: 2:00 p.m., |
| LOREN SHAWN PATRICK, | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michelle Rodriguez, Attorney for Plaintiff, Christopher Richard Cosca, Attorney for Defendant Jacey Alexandra Powell, Michael L. Chastaine, Attorney for Defendant Brandon Lee Moses and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant, Loren Shawn Patrick, **that the Preliminary Examination Hearing scheduled for April 12, 2018 be vacated and be continued to May 10, 2018 at 2:00 p.m.,**

The Complaint in this case was filed on March 22, 2018. Defendant, Loren Shawn Patrick appeared before Honorable Deborah Barnes on March 23, 2018 and Defendants, Jacey Alexandra Powell as well as Brandon Lee Moses appeared before Honorable Edmund F. Brennan on March 29, 2018. A preliminary hearing was set for April 12, 2018.

Stipulation and Order to Continue Preliminary   -1-   *U.S. v Deleal, et al*, 2:18-MJ-00066-DB
Examination Hearing.

By this stipulation, the parties jointly waive a prompt preliminary hearing date before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and request a preliminary hearing on May 10, 2018 at 2:00 p.m., before the duty Magistrate Judge. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, government's continuing investigation of the case, and to explore alternative resolution. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 12, 2018, and May 10, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Date: April 6, 2018         McGREGOR W. SCOTT
                            United States Attorney

                            */s/Michelle Rodriguez*
                            MICHELLE RODRIGUEZ
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

Date: April 6, 2018         */s/ Christopher Richard Cosca*
                            CHRISTOPHER RICHARD COSCA
                            Attorneys for Defendant
                            Jacey Alexandra Powell

Date: April 6, 2018         */s/ Michael L. Chastaine*
                            MICHAEL L. CHASTAINE
                            Attorneys for Defendant
                            Brandon Lee Moses

                            HEATHER E. WILLIAMS
                            Federal Defender

Date: April 6, 2018         */s/ Jerome Price*
                            JEROME PRICE
                            Assistant Federal Defender
                            Attorneys for Defendant
                            Loren Shaw Patrick

ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 6, 2018. The Court hereby finds that the Stipulation demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 10, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). **It is further ordered the April 12, 2018 Preliminary Examination Hearing shall be continued until May 10, 2018, at 2:00 p.m., before Hon. Allison Claire.**

Dated: April 9, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Preliminary Examination Hearing.   -3-   *U.S. v Deleal, et al*, 2:18-MJ-00066-DB